Calderazzo Unemployment Compensation Case.

Argued June 17, 1966. *Louis J. Gagliardi*, for claimant, appellant; *Sydney Reuben*, Assistant Attorney General, with him *Edward Friedman*, Acting Attorney General, for Unemployment Compensation Board of Review, appellee; *David E. Koff*, with him *Max Rosenn*, and *Rosenn, Jenkins & Greenwald*, for intervening appellee.

Decision affirmed.

Capuzzi et ux., Appellants, *v.* Peskin.

Argued June 21, 1966. *Gerald Gornish*, with him *Folz, Bard, Kamsler, Goodis & Greenfield*, for appellants; *Frederick Weitzman*, for appellee.

Order affirmed.

SPAULDING, J., absent.

Commonwealth ex rel. Ball, Appellant, *v.* Russell.

Submitted June 13, 1966. *Dennis Ball*, appellant, in propria persona; *Ervin S. Fennell, Jr.*, Assistant District Attorney, and *John K. Reilly, Jr.*, District Attorney, for appellee.

Order affirmed.